## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA 07 CV 4715 SJO (JCx) | Date | September 25, 2008 |
| Title | Michael Luna v. County of Los Angeles | | |

| Present: The Honorable | S. James Otero, United States District Judge | |
|---|---|---|
| Chris Silva for Victor Cruz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys for Plaintiffs: | Attorneys for Defendants: |
|---|---|
| Wilmer J. Harris | Mark D. Rutter |
| Sami N. Khadder | David G. Torres-Siegrist |

**Proceedings:**      **(IN CHAMBERS) ORDER CONTINUING JURY TRIAL**

On the Court's own motion, jury trial for this matter is continued from September 30, 2008, at 9:00 a.m. to **Wednesday, October 1, 2008 at 9:00 a.m.**.

|   |   |
|---|---|
|   | 0     :     00 |
| Initials of Preparer | CSI |